AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**REGINALD M. RUSSELL**
**DOB:**
**PDID:**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __**MAY 25, 2005**__ in __**WASHINGTON**__ county, in the _____ District of __**COLUMBIA**__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __**21**__ United States Code, Section(s) __**841(a)(1)**__.

I further state that I am __**OFFICER JOHN COBB**__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**      ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JOHN COBB**
**FIFTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____      at      __Washington, D.C.__
Date                                                                              City and State

_____                     _____
**Name & Title of Judicial Officer**                           **Signature of Judicial Officer**