## STATEMENT OF FACTS

On Wednesday, May 25, 2005, at approximately 1330 hours, MPD sworn officers made a traffic stop at 75 New York Avenue, N.E., Washington, DC. The defendant, the last to exit the car from the rear passenger side seat was observed with three plastic bags on the ground directly beside his foot. Two of the plastic bags contained a white rock-like substance that field tested positive for cocaine base. The cocaine weighed approximately 59 grams. The third plastic bag contained a orange pill and a half. Defendant identified himself as Reginald Russell and recovered from his front pants pocket was $2200 in U. S. currency. Defendant was placed under arrest. The driver and the front seat passenger both made video statements that the drugs belong to defendant.

To the best of the undersigned officer's knowledge, training and experience related to narcotics distribution in the District of Columbia, the amount of cocaine (street value of $1,800 to $3,000), and the absence of any materials or devices to smoke the cocaine, it appeared to me that defendant had the drugs to sell to others.

                                              Officer JOHN COBB
                                              FIFTH DISTRICT, MPD

Sworn and subscribed before me on this _____ day of May, 2005.

`

                                              U.S. Magistrate Judge