UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : 05-MJ-316 (AK) |
| v. | : |
| | : |
| **REGINALD RUSSELL** | : |
| | : |

## Notice of Appearance

Would the Clerk of the Court please notice the appearance of Jenifer Wicks as retained counsel for the defendant.

Respectfully submitted,

_____
JENIFER WICKS
Bar No. 465476

Law Offices of Jenifer Wicks
The Webster Building
503 D Street, N.W.
Suite 250A
Washington, D.C.  20001
(202) 326-7100
Facsimile (202) 478-0867
Email JWicksLaw@aol.com