FILED
MAY 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

FOR THE _____ DISTRICT OF __COLUMBIA__

UNITED STATES OF AMERICA

V.

**Reginald M. Russell**
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 05-316M-01

Upon motion of the __UNITED STATES GOVERNMENT__, it is ORDERED that a detention hearing is set for __6-7-05__ * at __1:45 PM__
                                          Date                              Time

before __MAGISTRATE JUDGE ~~ALAN KAY~~ John M. Facciola__
                          Name of Judicial Officer

__United States District Court for the District of Columbia__
                          Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
                          Other Custodial Official

Date: __May 26, 2005__                             _____
                                                    Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.