**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 05-MJ-316 (AK) |
| v.           : | |
| : | |
| **REGINALD RUSSELL** : | |
| : | |

**UNOPPOSED MOTION FOR PLACEMENT AT CCA / CTF**

  Reginald Russell, through undersigned counsel, respectfully moves this Honorable Court, pursuant to the Eighth Amendment and Due Process Clause of the U.S. Constitution, for an order placing him at the CCA Correctional Treatment Facility (CTF) while held in this matter. In support of this motion, counsel states the following:

  1. Mr. Russell has been charged by complaint with one count of possession with intent to distribute crack cocaine.

  2. Mr. Russell is held without bond.

  3. Unknown to undersigned counsel, Mr. Ruseell has medical issues that need attention that he is not getting at DC Jail. Counsel submits that placement at CCA/CTF would be appropriate given these issues.

  4. Counsel has spoken with the AUSA assigned to this matter and he does not oppose this motion.

WHEREFORE, for the foregoing reasons as well as any additional reasons deemed meritorious by this Court, Mr. Russell requests that the Court grant this motion and sign the attached order.

    Respectfully submitted,

_____
JENIFER WICKS
DC Bar # 465476

The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867