UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **05-MJ-316 (AK)** |
| v. : | |
| : | |
| **REGINALD RUSSELL** : | |
| : | |

### ORDER

Upon consideration of the defendant's Unopposed Motion for Placement at CCA / CTF and for good cause shown, it is this _____ day of June, 2005 hereby

ORDERED FORTHWITH that the defendant Reginald Russell be placed at the CCA Correctional Treatment Facility while held in the above captioned matter.

_____

C:
Jenifer Wicks
503 D Street NW Suite 250A
Washington, DC 20001
(202) 478-0867

CCA Correctional Treatment Facility
1901 E Street SE
Washington, DC 20003

Office of the United States Attorney
555 Fourth Street NW
Washington, DC 20530
Facsimile 514-8707

U.S. Marshals Service
U.S. District Court

DC Jail, Warden's Office
1901 D Street SE
Washington, DC 20003
Facsimile 698-4877