U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the District of Columbia

FILED

**UNITED STATES OF AMERICA**

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. ___05-mj-316___

v.

Reginald Russell

**ORDER**

Upon oral motion of the ___parties___ to exclude ___14___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

ORDERED, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___14___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

___Reginald M Russell___
Defendant

___[signature]___
Defense Counsel

___Barry Wiegand___
Attorney for Government

executed 06-22-05
proposed CSH: 07-06-05
0930

___John M Facciola___
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)