**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
# for the District of Columbia

FILED
JUL - 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Reginald Russell

Case No. 05-mj-316

ORDER

Upon oral motion of the _parties_ to exclude _14_ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that _14_ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_Reginald Russell_
Defendant

_[signature]_
Defense Counsel

_Barry Wiegand_
Attorney for Government

proposed PD/DH executed 07-06-05
July 20, 2005  9:30 AM
1:30 PM

_[signature] Robinson_
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY